JOHN HART,
  Appellant

v.

STEVEN PARKINSON, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A DETECTIVE FOR THE CITY OF PHILADELPHIA POLICE DEPARTMENT; KATHRYN GORDON, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS A DETECTIVE FOR THE CITY OF PHILADELPHIA POLICE DEPARTMENT; MICHAEL SANDER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS AN AGENT FOR THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE