

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
215-686-8000

March 27, 2024

**VIA ELECTRONIC FILING**

Patricia S. Dodszuweit
United States Court of Appeals
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    **Re:**    *John Hart v. Steven Parkinson, et al., Case No. 24-1201*

Dear Ms. Dodszuweit:

    This letter is in response to your March 15, 2024 letter requesting that attorneys representing dismissed party John P. O'Neil (represented by the Philadelphia District Attorney's Office) complete an appearance form.

    Plaintiff appeals from the lower court's order issued on January 10, 2024, granting summary judgment in favor of Defendants Parkinson and Gordon, and dismissing the case (ECF No. 67). Defendant O'Neil was dismissed from the case nearly a decade earlier by an order issued on September 19, 2014 (ECF No. 16). The operative amended complaint did not assert any claims against Mr. O'Neil. As a result, Mr. O'Neil is not a party to the instant appeal. Therefore, the Philadelphia District Attorney's Office will not be participating in this appeal.

                            Sincerely,

                              */s/ Joshua B. Niemtzow*
                              Joshua B. Niemtzow
                              Assistant District Attorney
                              Civil Litigation Unit
                              Philadelphia District Attorney's Office
                              josh.niemtzow@phila.gov
                              (215) 686-7644